**No. 53617.**—Suit 4610.—Olavarria & Co., Inc. *v.* United States.— —C. D. 1107 affirmed June 28, 1949. C. A. D. 409.

**No. 53618.**—Suit 4611.—United States *v.* Enrique C. Lineiro.—C. D. 1126 reversed June 28, 1949. C. A. D. 410.

Before the Third Division, October 10, 1949

**No. 53619.**—Monsanto Chemical Company et al. *v.* United States, protests 139005–K, etc. (Norfolk).

Opinion by Cline, J. In accordance with stipulation of counsel that the merchandise consists of cocoa residue, defatted cocoa residue, or cocoa expeller cake similar in all material respects to the cocoa residue the subject of *Maywood Chemical Works et al.* v. *United States* (22 Cust. Ct. 87, C. D. 1165), the claim of the plaintiffs was sustained.

**No. 53620.**—Monsanto Chemical Company et al. *v.* United States, protests 139014–K, etc. (Norfolk).

Opinion by Cline, J. In accordance with stipulation of counsel that the merchandise consists of cocoa residue, defatted cocoa residue, or cocoa expeller cake similar in all material respects to the cocoa residue the subject of *Maywood Chemical Works et al.* v. *United States* (22 Cust. Ct. 87, C. D. 1165), the claim of the plaintiffs was sustained.

**No. 53621.**—The Coca Cola Co. *v.* United States, protest 140427–K (New York).

Opinion by Cline, J. In accordance with stipulation of counsel that the merchandise consists of cocoa residue similar in all material respects to that the subject of *Maywood Chemical Works et al.* v. *United States* (22 Cust. Ct. 87, C. D. 1165), the claim of the plaintiff was sustained.

**No. 53622.**—Ernest A. Becker, Jr. *v.* United States, protest 136651–K (Los Angeles).

Opinion by Cline, J. At the trial there was no appearance on the part of the plaintiff and Government counsel submitted the case on the record. The collec-